IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| MELVIN EDWARDS, #774980 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-03-449 |
| | § | |
| EUCHARIA IWUNYSNEU, ET AL. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order of even date herewith, the above-styled action is hereby **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 29th day of September, 2006.

_____
Samuel B. Kent
United States District Judge